IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ANTONIO FUTRELL,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00029-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendant Devon Antonio Futrell's Unopposed Motion for Continuance [Doc. 20]. On June 9, 2021, the Grand Jury charged Defendant with two counts of Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). [Doc. 1, pp. 1–3]. Defendant entered a plea of not guilty on June 18, 2021. [Doc. 10].

In his unopposed motion, Defendant states that he "has potentially significant cognitive issues that counsel is exploring" and that based on "[s]ome of counsel's interactions" there are concerns with Defendant's "competency" or a "potential sentencing mitigation." [Doc. 20, p. ¶ 1]. So that Defendant's cognitive issues can be explored, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 20] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term— December 13, 2021. The ends of justice served by this continuance outweigh the best

interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 30th day of August, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
