# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| | **5:21-cr-00029-TES-CHW-1** |
| **DEVON ANTONIO FUTRELL,** | |
| *Defendant.* | |

## ORDER DENYING MOTION FOR SURRENDER BOND

Before the Court is Defendant Devon Antonio Futrell's Motion for Surrender

Bond [Doc. 34]. The Court **DENIES** Defendant's Motion.

**SO ORDERED**, this 16th day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**